# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ORTIZ-BAUTISTA, | Case No. 5:26-cv-01065-MWC-ACCV |
| Petitioner, | **JUDGMENT** |
| v. | JS-6 |
| KRISTI NOEM, *et al.*, | |
| Respondents. | |

Pursuant to the Order Granting Petition and Entry of Judgment under 28 U.S.C. § 2241, the Court **GRANTS** the Petition consistent with the reasons and findings already set forth in the Court's order granting the Preliminary Injunction. *See* Dkt. # 14. The Clerk of Court is directed to CLOSE the case.

**IT IS SO ORDERED.**

DATED: June 18, 2026

HON. MICHELLE WILLIAMS COURT
United States District Judge